Susan J. Gill, Bar No. 131890
Julie Rhoades, Bar No. 138027
**GILL & RHOADES LLP**
1660 Union Street, Suite 401
San Diego, CA 92101
Tel: (619) 881-0108 Ext.301
Fax: (619) 239-4621
jrhoades@gillrhoadeslaw.com

Attorneys for Plaintiff, LANDMARK AMERICAN INSURANCE COMPANY

David H. Waters, State Bar No. 078512
B. Natalie Vu, State Bar No. 273219
BURNHAM BROWN
A Professional Law Corporation
1901 Harrison Street, 14th Floor
Oakland, California 94612
Telephone: (510) 444-6800
Facsimile: (510) 835-6666
Email: dwaters@burnhambrown.com
       nvu@bumhambrown.com

Attorneys for Defendant
LIBERTY SURPLUS INSURANCE CORPORATION

UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANDMARK AMERICAN INSURANCE COMPANY, an Oklahoma Corporation<br><br>          Plaintiff,<br>  v.<br><br>LIBERTY SURPLUS INSURANCE CORPORATION, a New Hampshire corporation and DOES 1 through 50,Inclusive,<br><br>          Defendants. | CASE NO. 2:17-cv-00061-KJM-KJN<br><br>**STIPULATION TO ALLOW LANDMARK AMERICAN INSURANCE COMPANY TO FILE FIRST AMENDED COMPLAINT, AND FOR LIBERTY SURPLUS TO FILE A CROSSCLAIM AND TO CONTINUE STATUS CONFERENCE CURRENTLY SCHEDULED FOR JUNE 8, 2017**<br><br>Date: June 8, 2017<br>Time: 2:30 PM<br>Location: Courtroom 3<br>Judge: Hon. Kimberly Mueller |

Plaintiff Landmark American Insurance Company ("Landmark") and defendant Liberty Surplus Insurance Corporation ("Liberty") submit the following Joint Stipulation and request that: the Court grant leave for Plaintiff to file a First Amended Complaint pursuant to FRCP 15(a) (2) and for Liberty to file a crossclaim pursuant to FRCP 13 (g):

1. Landmark filed its Complaint against Liberty on January 10, 2017.
2. Liberty filed and served its answer on 3/3/17.
3. Additional facts and documents have come to light which now implicate policies issued by QBE Specialty Insurance Company ("QBE") to River City Caulking, the mutual insured of Landmark, Liberty and QBE.
4. Landmark seeks to name QBE as a defendant in this matter, and seeks recovery under theories of contribution, equitable indemnity and declaratory relief.
5. Liberty seeks to file a crossclaim against QBE.
6. Liberty and Landmark have met and conferred and have agreed regarding the addition of QBE as a party to this litigation and the requested continuation of the June 8, 2017 Status Conference.
7. Liberty and Landmark agree and stipulate that Liberty's Answer filed on 3/3/17 is responsive to Landmark's First Amended Complaint and that Liberty will not be required to file a further responsive pleading.
8. Landmark and Liberty seek to continue the Status Conference set for June 8, 2017 at 2:30 p.m. Good cause exists because QBE as a new party will not have been served much less answered by that date.
9. The Parties request that the Status Conference currently scheduled for June 8, 2017 be continued until sometime at the court's convenience, after June 23, 2017 as counsel for Liberty will be out of the country and QBE will not have answered the First Amended Complaint or the crossclaim by June 23, 2017.

NOW THEREFORE, the parties hereby stipulate and request that the Court grant Plaintiff leave to file a First Amended Complaint in this action, a true and correct copy of which is attached as Exhibit A hereto, and for Liberty to promptly file its crossclaim against QBE after Plaintiff's First Amended Complaint has been filed.

IT IS SO STIPULATED:

Date:  June 1, 2017  **GILL & RHOADES LLP**

By: /s/ Julie Rhoades
 Susan J. Gill
 Julie Rhoades
 Attorneys for Plaintiff
 Landmark American Insurance Company

Date:  June 1, 2017  BURNHAM BROWN

By:  /s/ David  H. Waters
 David H. Waters
 Attorney for Defendant
 Liberty Surplus Insurance Company

**ORDER**

Good cause appearing therefore, IT IS HEREBY ORDERED that Plaintiff is granted leave to file the First Amended Complaint, which attached hereto as Exhibit A.

Good cause appearing therefore, IT IS HERBY FURTHER ORDERED that Liberty is granted leave to file a crossclaim against QBE promptly after Plaintiff files its First Amended Complaint.

Good cause appearing, Liberty's Answer to Landmark's Complaint is deemed responsive to Landmark's First Amended Complaint and therefore, Liberty is not required to file an Answer to Landmark's First Amended Complaint.

1 | It is further ordered that the Status Conference Scheduled for June 8, 2017 at 2:30 p.m. in
2 | Courtroom 3 is continued until August 3, 2017 at 2:30p.m. in Courtroom 3.
3 | Dated: June 7, 2017.

                                                      *[signature]*

                                        UNITED STATES DISTRICT JUDGE