UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANDMARK AMERICAN INSURANCE COMPANY, an Oklahoma Corporation<br><br>Plaintiff,<br>v.<br><br>LIBERTY SURPLUS INSURANCE CORPORATION, a New Hampshire corporation and DOES 1 through 50, Inclusive, | CASE NO. 2:17-cv-00061-KJM-KJN<br><br>**ORDER RE: JOINT STIPULATION AND APPLICATION TO EXTEND EXPERT DISCOVERY DEADLINE AND HEARING ON DISPOSTIVE MOTIONS FOR 45 DAYS**<br><br>Trial Date: December 3, 2018 |

3:17-CV-01401-DMS-AGS

ORDER RE: JOINT STIPULATION AND APPLICATION TO EXTEND EXPERT DISCOVERY DATE AND HEARING ON DISPOSITIVE MOTIONS FOR 45 DAYS

This stipulation between the parties and application was ruled on without hearing.

The Court, having considered the parties' Joint Stipulation and Application to Continue Discovery and Pre-Trial Motion Deadlines on the grounds of the parties' mutual convenience, and for good cause showing, IT IS HEREBY ORDERED, ADJUDGED and DECREED that:

1. The preceding deadlines of May 25, 2018, for the completion of expert discovery and deadline for hearing on dispositive motions for July 13, 2018 are hereby **VACATED**, and the following new deadlines are **ORDERED:**

2. All expert discovery shall be completed by all parties by *July 15, 2018*.

3. Deadline for hearing on dispositive motions is *August 24, 2018 at 10:00 a.m*.

DATED: June 5, 2018

_____
UNITED STATES DISTRICT JUDGE

1
ORDER RE: JOINT STIPULATION AND APPLICATION TO EXTEND EXPERT DISCOVERY AND
DISPOSITIVE MOTION HEARING DEADLINE FOR 45 DAYS